**O-7384**

**OPINION WITHDRAWN
& NOT REISSUED**